UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: INCRETIN MIMETICS PRODUCTS LIABILITY LITIGATION, | MDL Case No. 13md2452 AJB (MDD) |
|---|---|
| MIRANDA HAWKINS, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST OF THE ESTATE OF WAYNE HAWKINS, DECEASED<br>        Plaintiff<br>  v.<br>MERCK SHARP & DOHME CORP.,<br>        Defendants | Pertains To Civil Action No.:<br>  3:14-cv-02296-AJB-MDD<br><br>ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL<br><br>(Doc. No. 5248) |

In consideration of the parties' joint stipulation, IT IS HEREBY ORDERED THAT;

1. The above-entitled action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.
2. Each party will bear its own attorneys' fees and costs.

///

///

3. Each party waives the right to any appeal.

IT IS SO ORDERED.

Dated: October 13, 2021

Hon. Anthony J. Battaglia
United States District Judge

ORDER GRANTING STIPULATION OF DISMISSAL